

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2017

No. 04-16-00623-CR

Billy Ray **MONREAL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 14-04-11496-CR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

The State's third motion for extension of time to file its brief is granted. The State's brief is due on August 9, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk